UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

JUDGE PATTERSON

------------------x

UNITED STATES OF AMERICA      :    INDICTMENT

       - v. -                :    08 Cr. _____

ANTHONY WHITE,                :    **08 CRIM 576**

       Defendant.         :

------------------x

## COUNT ONE

The Grand Jury charges:

On or about May 1, 2008, in the Southern District of New York, ANTHONY WHITE, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 3, 2001, in New York Supreme Court, New York County, of criminal possession of narcotics in the fourth degree, a Class C Felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, a .380 caliber Davis Industries handgun, loaded with Remington .380 caliber ammunition, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____              _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: JUN 25 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY WHITE,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
8/25/08                Foreperson.

Filed indictment. Case assigned to J. Patterson.
A/W issued.

SRM
6/25/08

— Francis, J.