STATE OF NEW YORK
EXECUTIVE DEPARTMENT - DIVISION OF PAROLE
SPECIAL CONDITIONS OF RELEASE TO PAROLE SUPERVISION

Name: Anthony White          NYSID: 7560315N
Date of Release: 3/7/07      Supervision Maximum: 9-14-2012

I, Anthony White, acknowledge that under the provisions of my Conditions of Release that the following Special Conditions have been imposed upon me and that these Special conditions will remain in effect until the termination of my legal period of supervision. 9-14-2012

Unless otherwise amended, in writing by the Division of Parole.

#12. I, Anthony White will be restricted from St. Nicholas Projects complex, N.Y.C. due to past history

I hereby certify that I have read and understand the above Special Conditions of my release and that I have received a copy of these Special Conditions.

Signed this 28 day of March 2007
Releasee: Anthony White    Witness: P.O. M Winclowin

3020A (REV-3-00)

STATE OF NEW YORK-EXECUTIVE DEPARTMENT-DIVISION OF PAROLE

NYSID# 7560315-N          WHITE, ANTHONY          DIN# 05-A-4393

### FIRST SUPPLEMENTARY VIOLATION OF RELEASE REPORT
Manhattan 3- Area Office
314 W. 40th Street
New York, N.Y.

Date of Warrant: 4/10/08
Warrant #: 569904
Delinquency Date: 9/14/07

### INTRODUCTION

An original violation of release report was submitted on 11-26-07, charging the subject with violating rule #8 of the conditions governing his release. A recommendation of "No Delinquency Pending Court Action" was requested, and affirmed by the Board on 12-05-07.

### ADDITIONAL CHARGES:

**CHARGE #3:**

On 2-19-08 and thereafter Anthony White violated rule # 2 of the conditions governing his release in that he failed to make his office report at 314 West 40th Street, New York City, New York 10018 as directed by Parole Officer C. Jones during the last office report on 2/5/08.

**CHARGE #4:**

On or before 3-24-08 Anthony White violated rule #4 of the conditions governing his release in that he moved from his approved residence at the 518 West 134 Street, Apt#3B, New York, N.Y. without notification to her Parole Officer.

### PRESENT STATUS

The subject has failed to make office reports and has left his approved residence. His current whereabouts are unknown. A warrant is therefore being requested for his detention. Effort is being done and will continue to be done to apprehend him.

The criminal charges stemming from the subject's arrest on 9-14-08 under Docket # 2007NY070148 continues to be pending in New York Criminal Court, 100 Centre Street, Part 60 New York, N.Y. The next court date is May 8, 2008.

Respectfully submitted:                              APPROVED:

_____  4/10/08                    _____  4/10/08
NAME             DATE                        NAME             DATE

Minerva Osorio                               Linda Wheeler
Parole Officer                               Senior Parole Officer

## STATE OF NEW YORK--EXECUTIVE DEPARTMENT--DIVISION OF PAROLE

VIOLATION OF RELEASE REPORT

Warrant Issued _____    No Warrant Issued _____ X _____

Name: WHITE, ANTHONY
NYSID No.: 7560315-N
Institution: Butler C.F.
DIN No.: 05-A 4393
Date of Birth: 3-30-76
Offense: C.P.C.S. 4th Degree
Sentence: 0-0-0/2-6-0

Date Released: 3-7-2007
Max. Expiration: 9-14-12
Date of Warrant
Warrant No.:
Date Enforced:
Location: Manhattan III
PVU

Delinquency Date: 9-14-07

Since his/her release, the above named individual has violated the Conditions of Release in the following manner:

*CHARGE#1:*

On 9-14-07 Anthony White violated rule# 8 of the conditions governing his release in that at approximately 21:05 hour he was loitering at 350 East 124th Street in New York City, New York.

*CHARGE#21:*

On 9-14-07 Anthony White violated rule# 8 of the conditions governing his release in that at approximately 21:05 hour at 350 East 124th Street in New York City, New York he resisted his arrest, by punching, kicking and swinging his arms.

POSSIBLE WITNESSES:
Police Officer Luis Pinero, Shield # 05314- NYCPD

POSSIBLE EVIDENCE:
Certificate of Release to Parole Supervision
Special Conditions to Parole Supervision
N.Y.S. Division of Parole- Arrest Notification
N.Y.C. Police Dept. - Arrest Report



Warrant # 569907

# WARRANT FOR RETAKING AND DETAINING A PAROLED OR CONDITIONALLY RELEASED PERSON OR A PERSON RELEASED TO POST-RELEASE SUPERVISION AND/OR STRICT AND INTENSIVE SUPERVISION AND TREATMENT

TO ANY PAROLE OFFICER, PEACE OFFICER OR ANY OFFICER authorized to serve criminal or civil process and to the superintendent or other person in charge of any jail, penitentiary, lockup or other place of detention in the State of New York, any other state, or other jurisdiction:

Having reasonable cause to believe that   WHITE, ANTHONY
                                          Name

7560315-N      05-A-4393        a person under the supervision of the New York State
NYSID#         DIN #

Division of Parole has violated his/her release agreement and/or conditions of strict and intensive supervision and treatment or has lapsed or is probably about to lapse, into criminal ways or company now therefore pursuant to the provisions of Article 12-B of Executive Law and the Rules and Regulations of the Division of Parole, and/or Article 10 of the Mental Hygiene Law, I hereby order that said person be retaken and placed in detention to await the action of the Division of Parole or a court of competent jurisdiction and for so doing, this shall be your sufficient warrant.

Violation of Strict and Intensive Supervision  ☐
and Treatment
Violation of Parole, Conditional Release or    ☒
Post-Release Supervision

NEW YORK STATE DIVISION OF PAROLE

Per: SPO L. WHEELER
NEW YORK, NEW YORK
Dated at: APRIL 10,         20 08

THIS IS A CERTIFIED COPY OF WARRANT ORIGINALLY ISSUED FOR: ANTHONY WHITE

PAROLE OFFICER MINERVA OSORIO

COUNTY OF   NEW YORK   }
STATE OF NEW YORK      } S.S.:

On this 15th day of April  20 08 before me came Minerva Osorio    to me known to be
a Parole Officer    of the New York State Division of Parole and attested that the above instrument is a certified copy of warrant originally issued.

Notary Public
WANDA L. FRENCH
NOTARY PUBLIC, State of New York
No. 01FR...
Qualified in Kings County
Commission Expires...

Form 4012 (Rev. 6/07)

34

STATE OF NEW YORK
EXECUTIVE DEPARTMENT - DIVISION OF PAROLE
SPECIAL CONDITIONS OF RELEASE TO PAROLE SUPERVISION

Name: Anthony White       NYSID: 7560315N
Date of Release: 3/7/07    Supervision Maximum: 9-14-2012

I, Anthony White, acknowledge that under the provisions of my Conditions of Release that the following Special Conditions have been imposed upon me and that these Special conditions will remain in effect until the termination of my legal period of supervision. 9-14-2012
Unless otherwise amended, in writing by the Division of Parole.

#12. I, Anthony White will be restricted from St. Nicholas Projects complex, N.Y.C. due to past history

I hereby certify that I have read and understand the above Special Conditions of my release and that I have received a copy of these Special Conditions.

Signed this 28 day of March 2007
Releasee: Anthony White    Witness: P.O. M Winclaw

3020A (REV-3-00)

STATE OF NEW YORK–EXECUTIVE DEPARTMENT–DIVISION OF PAROLE

NYSID# 7560315-N     WHITE, ANTHONY     DIN# 05-A-4393

### FIRST SUPPLEMENTARY VIOLATION OF RELEASE REPORT
Manhattan 3- Area Office
314 W. 40th Street
New York, N.Y.

Date of Warrant: 4/10/08
Warrant #: 569907
Delinquency Date: 9/14/07

### INTRODUCTION

An original violation of release report was submitted on 11-26-07, charging the subject with violating rule #8 of the conditions governing his release. A recommendation of "No Delinquency Pending Court Action" was requested, and affirmed by the Board on 12-05-07.

### ADDITIONAL CHARGES:

#### CHARGE #3:

On 2-19-08 and thereafter Anthony White violated rule #2 of the conditions governing his release in that he failed to make his office report at 314 West 40th Street, New York City, New York 10018 as directed by Parole Officer C. Jones during the last office report on 2/5/08.

#### CHARGE #4:

On or before 3-24-08 Anthony White violated rule #4 of the conditions governing his release in that he moved from his approved residence at the 518 West 134 Street, Apt#3B, New York, N.Y. without notification to her Parole Officer.

### PRESENT STATUS

The subject has failed to make office reports and has left his approved residence. His current whereabouts are unknown. A warrant is therefore being requested for his detention. Effort is being done and will continue to be done to apprehend him.

The criminal charges stemming from the subject's arrest on 9-14-08 under Docket # 2007NY070148 continues to be pending in New York Criminal Court, 100 Centre Street, Part 60 New York, N.Y. The next court date is May 8, 2008.

Respectfully submitted:                          APPROVED:

NAME    4/10/08                             NAME    4/10/08
DATE                                           DATE

Minerva Osorio                              Linda Wheeler
Parole Officer                                Senior Parole Officer

## STATE OF NEW YORK--EXECUTIVE DEPARTMENT--DIVISION OF PAROLE

VIOLATION OF RELEASE REPORT

Warrant Issued_____                    No Warrant Issued_____X____

Name:           WHITE, ANTHONY            Date Released:   3-7-2007
NYSID No.:      7560315-N                 Max. Expiration: 9-14-12
Institution:    Butler C.F.               Date of Warrant
DIN No.:        05-A 4393                 Warrant No.:
Date of Birth:  3-30-76                   Date Enforced:
Offense:        C.P.C.S. 4th Degree       Location: Manhattan III
Sentence:       0-0-0/2-6-0               PVU

Delinquency Date: 9-14-07

Since his/her release, the above named individual has violated the Conditions of Release in the following manner:

### CHARGE#1:

On 9-14-07 Anthony White violated rule# 8 of the conditions governing his release in that at approximately 21:05 hour he was loitering at 350 East 124th Street in New York City, New York.

### CHARGE#21:

On 9-14-07 Anthony White violated rule# 8 of the conditions governing his release in that at approximately 21:05 hour at 350 East 124th Street in New York City, New York he resisted his arrest, by punching, kicking and swinging his arms.

POSSIBLE WITNESSES:
Police Officer Luis Pinero, Shield # 05314- NYCPD

POSSIBLE EVIDENCE:
Certificate of Release to Parole Supervision
Special Conditions to Parole Supervision
N.Y.S. Division of Parole- Arrest Notification
N.Y.C. Police Dept. - Arrest Report



Warrant # 569907

# WARRANT FOR RETAKING AND DETAINING A PAROLED OR CONDITIONALLY RELEASED PERSON OR A PERSON RELEASED TO POST-RELEASE SUPERVISION AND/OR STRICT AND INTENSIVE SUPERVISION AND TREATMENT

TO ANY PAROLE OFFICER, PEACE OFFICER OR ANY OFFICER authorized to serve criminal or civil process and to the superintendent or other person in charge of any jail, penitentiary, lockup or other place of detention in the State of New York, any other state, or other jurisdiction:

Having reasonable cause to believe that **WHITE, ANTHONY**
Name

**7560315-N**   **05-A-4393**   a person under the supervision of the New York State
NYSID#   DIN #

Division of Parole has violated his/her release agreement and/or conditions of strict and intensive supervision and treatment or has lapsed or is probably about to lapse, into criminal ways or company, now therefore pursuant to the provisions of Article 12-B of Executive Law and the Rules and Regulations of the Division of Parole, and/or Article 10 of the Mental Hygiene Law, I hereby order that said person be retaken and placed in detention to await the action of the Division of Parole or a court of competent jurisdiction and for so doing, this shall be your sufficient warrant.

Violation of Strict and Intensive Supervision and Treatment ☐
Violation of Parole, Conditional Release or Post-Release Supervision ☒

NEW YORK STATE DIVISION OF PAROLE

Per: **SPO L. WHEELER**
NEW YORK, NEW YORK
Dated at: **APRIL 10,** 20 **08**

THIS IS A CERTIFIED COPY OF WARRANT ORIGINALLY ISSUED FOR: **ANTHONY WHITE**

PAROLE OFFICER MINERVA OSORIO

COUNTY OF **NEW YORK**  }
STATE OF NEW YORK   } S.S.:

On this **15th** day of **April** 20 **08** before me came **Minerva Osorio** to me known to be **a Parole Officer** of the New York State Division of Parole and attested that the above instrument is a certified copy of warrant originally issued.

Notary Public
WANDA J. FRENCH
NOTARY PUBLIC, State of New York
No. 01FR...
Qualified in Kings County
Commission Expires...

Form 4012 (Rev. 6/07)

34