UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

UNITED STATES OF AMERICA,                    :

      -v-                                          :          NOTICE OF MOTION

                                                   :          08 Cr. 567(RPP)

ANTHONY WHITE,                               :

                 Defendant.
————————————————————————x

    PLEASE TAKE NOTICE that upon the annexed declaration of defendant Anthony White and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Robert P. Patterson, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, suppressing physical evidence and a statement obtained from the defendant in violation of the Fourth Amendment, or granting an evidentiary hearing on this motion, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        August 12, 2008

                                    Respectfully submitted,

                                    LEONARD F. JOY, ESQ.
                                    Federal Defenders of New York, Inc.

                 By:    */s/ Philip L. Weinstein*
                                    PHILIP L. WEINSTEIN, ESQ.
                                    Federal Defenders of New York, Inc.
                                    Attorney for Defendant **Anthony White**
                                    52 Duane Street, 10th Floor
                                    New York, New York 10007

TO:
    **MICHAEL J. GARCIA, ESQ.**
    United States Attorney
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007
    Attn: **MARK D. LANPHER, ESQ.**
          Assistant United States Attorney