```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :   NOTICE OF APPEARANCE AND REQUEST
         v.                   :   FOR ELECTRONIC NOTIFICATION
                              :
ANTHONY WHITE,                    08 CR 576 (RPP)
                              :
         Defendant.
                              :
------------------------------x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him in addition to Mark Lanpher as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

                     By:   ___/s/_____
                            Zachary Feingold
                            Assistant United States Attorney
                            (212) 637-2436

TO: Phillip L. Weinstein, Esq.